# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH WAYNE SMITH, <br><br> Defendant. | 8:19CR231 <br><br> ORDER |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kenneth Wayne Smith (Filing No. 24). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 24) is granted.

James K. McGough, 11920 Burt Street, Suite 100, Omaha, Nebraska 68154, (402) 614-8655, is appointed to represent Kenneth Wayne Smith for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide James K. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Mr. Smith's defense.

The clerk shall provide a copy of this order to James K. McGough, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge